A. H. Holt v. R. L. Cowart.

193 So. 860
Division A ·
Opinion Filed January 23, 1940
Rehearing Denied February 21, 1940

*W. D. Bell,* for Appellant;
*W. W. Whitehurst* and *Clyde Maddox,* for Appellee.

Per Curiam.—A careful examination of the record in this case fails to reveal any reversible error; therefore, the final decree entered by the chancellor is—

Affirmed.

Terrell, C. J., and Buford and Thomas, J. J., concur.

Brown, J., concurs in opinion and judgment.

Justices Whitfield and Chapman not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.